Certificate Number: 16339-MOW-DE-039803734

Bankruptcy Case Number: 25-40865

16339-MOW-DE-039803734

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 25, 2025, at 10:40 o'clock AM EDT, Bruce McLain completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Missouri.

Date: June 25, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor