UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE:<br>Bruce Leroy McLain | CASE NO: 25-40865<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 73 |

On 9/23/2026, I did cause a copy of the following documents, described below,

Order on Motoin for Post-Confirmation Fees ECF Docket Reference No. 73

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/23/2026

/s/ Joseph C. Jeppson, VI
Joseph C. Jeppson, VI

Jeppson Law Office
5716 N Broadway St
Gladstone, MO 64118
816-472-1655
tricia@jeppsonlawoffice.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:

Bruce Leroy McLain

CASE NO: 25-40865

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 73

On 9/23/2026, a copy of the following documents, described below,

Order on Motoin for Post-Confirmation Fees ECF Docket Reference No. 73

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/23/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Joseph C. Jeppson, VI
Jeppson Law Office
5716 N Broadway St
Gladstone, MO 64118

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

BRUCE LEROY MCLAIN
920 MAIN STREET UNIT 1909
KANSAS CITY MO 64105

FIRST CLASS

CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. C/O AIS PORTFOLIO SERVICES, LLC
4515 N. SANTA FE AVE. DEPT. APS
OKLAHOMA CITY OK 73118

FIRST CLASS

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-9617

FIRST CLASS

LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

FIRST CLASS

UPSTART NETWORK, INC
C/O PERITUS PORTFOLIO SERVICES II, LLC
P.O. BOX 1149
GRAPEVINE TX 76099

JeppsonLaw Office
KANSAS CITY'S BANKRUPTCY PROFESSIONAL

## U.S. Bankruptcy Court

## Western District of Missouri

Notice of Electronic Filing

The following transaction was received from PNM entered on 9/17/2026 at 1:33 PM CDT and filed on 9/17/2026
**Case Name:** Bruce Leroy McLain
**Case Number:** 25-40865-btf13
**Document Number:** 73

### Docket Text:

---

**Order of the Court**

The Motion for Post-Confirmation Fees is hereby GRANTED for Jason A. Norbury, Debtor's Attorney, Fees awarded: $650.00, Expenses awarded: $0.00; Awarded on 9/17/2026 . The fees are to be paid through the Chapter 13 Plan.

It is so ORDERED by /s/ *Brian T. Fenimore*

.

**The moving party is to serve this order on parties not receiving electronic notice but entitled to notice pursuant to Fed. R. Bankr. P. 2002, Local Rule 2002-1 and other applicable law.**
File the Certificate of Service and relate it to the **epo** category.
*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*

(Related document(s)[69] Motion for Post-Confirmation Fees) (PNM)

---